UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>$16,162.00 in U.S. Currency,<br><br>　　　　Defendant. | Civil Action No. 1:22-CV-792 (GTS/CFH)<br><br>**FINAL ORDER OF FORFEITURE** |

　　　Upon consideration of the United States' Motion for Default Judgment and Final Order of Forfeiture made pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and General Order #15 of this Court, it is hereby ORDERED that the Motion is hereby GRANTED, and it is further

　　　ORDERED that a Judgment of Default be entered against the defendant property, and it is further

　　　ORDERED that the defendant property is hereby forfeited to the United States, and it is further

　　　ORDERED that any claims to the defendant property are hereby forever barred.

　　　IT IS SO ORDERED.

Dated: March 29, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Glenn T. Suddaby_
　　　　　　　　　　　　　　　　　　　　　　　　Glenn T. Suddaby
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge